**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **CHRISTOPHER LADAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-cv-00589** |
| | ) | |
| **STATE OF TENNESSEE *et al.*,** | ) | **Judge Campbell** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff Christopher LaDay filed a *pro se* action in this Court asserting unspecified claims against the State of Tennessee, State of Tennessee Colleges and Universities, and Southeastern Career College, Department of Education. (ECF No. 1.) On March 13, 2014, the Court entered an order (ECF No. 3) denying the plaintiff's application to proceed *in forma pauperis* and directing the plaintiff either to submit a properly supported amended application or to pay the $400 filing fee. The plaintiff was also directed to file an amended complaint that substantially conforms with this Court's approved form complaint, identifying the names and addresses of each defendant whom the plaintiff seeks to sue and clearly articulating the factual basis for the claims for relief and the type of relief sought. The plaintiff was instructed that failure to comply with the previous order within 30 days of the date that order was docketed would result in dismissal of this action for failure to prosecute and failure to comply with the Court's order.

More than 30 days has now passed since entry of the previous order, but the plaintiff has not submitted the filing fee, an amended application to proceed *in forma pauperis,* or an amended complaint. This action is therefore **DISMISSED** without prejudice for failure to prosecute and failure to comply with the Court's directive.

It is so **ORDERED**.

Todd Campbell
United States District Judge